**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK LEWIS,

    Plaintiff,                        No. C 06-7800 PJH (PR)

    v.                             **ORDER OF DISMISSAL**

MICHAEL HENNESSEY, et al.,

    Defendants.

    This is a pro se civil rights complaint under 42 U.S.C. § 1983 filed by a state prisoner. In an order entered on April 24, 2007, the court denied plaintiff's application to proceed in forma pauperis ("IFP") and ordered him to pay the filing fee within thirty days. Because he has not done so and has been denied leave to proceed IFP, this case is **DISMISSED** without prejudice. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: June 25, 2007.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\CR.06\LEWIS800.DSM